# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

CIVIL ACTION NO. 22-CI-_____

UNITED STATES OF AMERICA PLAINTIFF

V. **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

270,771.29 USDT (aka TETHER) SEIZED FROM
BINANCE HOLDINGS LIMITED ACCOUNT
XXXXX2086, DEFENDANT

\* \* \* \* \*

Now comes the plaintiff, United States of America, by and through counsel, and brings this complaint and alleges as follows in accordance with 18 U.S.C. § 981(a)(1)(A) and (C), 18 U.S.C. § 983 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## NATURE OF THE ACTION

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) for the forfeiture of property involved in a transaction or attempted transaction in violation of 1956, 1957, or 1960 of title 18, or is property traceable to such property; and § 981(a)(1)(C) for the forfeiture of property which constitutes or is derived from proceeds traceable to 18 U.S.C. §1343.

## THE DEFENDANT *IN REM*

The Defendant was seized on or about April 6, 2022, pursuant to federal seizure warrant issued in the Northern District of California. The Defendant property is more fully described as follows: 270,771.29 USDT (aka Tether) Seized From Binance Holdings Limited Account XXXXX2086.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355(a).

4. This Court has *in rem* jurisdiction over the Defendant property under 28 U.S.C. § 1355(b).

5. Pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, a Warrant of Arrest *In Rem* to be issued by the Clerk of the Court is filed herewith as to the Defendant 270,771.29 USDT (aka Tether) Seized From Binance Holdings Limited Account XXXXX2086.

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355(b)(1)(B) and 1395(a), because the conduct giving rise to this action took place in this district.

## BASIS FOR FORFEITURE

7. The Defendant is property involved in a money laundering transaction and is derived from proceeds traceable to an offense constituting a "specified unlawful activity"

as defined in 18 U.S.C. § 1956(c)(7), that is wire fraud.[1]  Therefore, the Defendant is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

## FACTS

8.  The facts and circumstances supporting the seizure and forfeiture of the Defendant currencies are set forth in the Affidavit of Special Agent Chelsea Holliday, which is attached hereto and incorporated herein by reference.  This Complaint is verified by the Certification of Special Agent Holliday, which is also attached hereto and incorporated herein by reference.

WHEREFORE, the United States of America prays that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the property; that the Defendant property be forfeited and condemned to the United States; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: s/ Tiffany Fleming
Assistant United States Attorney
260 W. Vine St., Suite 300
Lexington, KY 40507
(859) 685-4835
e-mail: Tiffany.Fleming@usdoj.gov

---

[1] Specified unlawful activities are defined at 18 U.S.C. § 1956(c)(7) and include by reference those offenses listed at 18 U.S.C. § 1961(1).